IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| HANNAH MAGIERA, § | |
| § | |
| *Plaintiff*, § | |
| § | CASE: 5:22-CV-0223-JKP-RBF |
| vs. § | |
| § | |
| A GUERRA ENTERPRISE LLC d/b/a § | |
| HOLIDAY INN EXPRESS & SUITES, § | |
| and NEFTALI VICTOR-BRENES, § | |
| § | |
| *Defendants*. § | |

**ORDER**

Before the Court are the Motions for Admission Pro Hac Vice filed by Attorneys Edward Blizzard and Anna Greenberg. *See* Dkt. Nos. 2 & 3. The District Court referred this case for resolution of all nondispositive pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 5. Court records indicate that Mr. Blizzard is currently admitted to practice in the United States District Court for the Western District of Texas. And Plaintiffs filed a Stipulation of Voluntary Dismissal two days after Greenberg sought permission to appear pro hac vice.

Accordingly, **IT IS ORDERED THAT** the Motions for Admission Pro Hac Vice, Dkt. Nos. 2 & 3, are **DISMISSED AS MOOT.** The Clerk of Court is **INSTRUCTED** to reimburse Mr. Blizzard and Ms. Greenberg their respective $100 pro hac vice filing fees. *See* Ex. A (pro hac vice receipts).

**IT IS SO ORDERED.**

SIGNED this 5th day of April, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

**Exhibit A**

DOCKET COPY

# PRO HAC VICE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500060081
Cashier ID: btrujill
Transaction Date: 03/08/2022
Payer Name: Blizzard Law, PLLC
--------------------------------
PRO HAC VICE
  For: Edward Blizzard
  Case/Party: D-TXW-5-22-LB-000000-001
  Amount:         $100.00
--------------------------------
PAPER CHECK
  Check/Money Order Num: 26160
  Amt Tendered:  $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

Pro hac vice for Edward Blizzard
5:22cv00223 Hannah Magiera v. A
Guerra Enterprise LLC d/b/a Holiday
Inn Express & Suites and Neftali
Victor-Brenes
```

DOCKET COPY

# PRO HAC VICE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500060082
Cashier ID: btrujill
Transaction Date: 03/08/2022
Payer Name: Blizzard Law, PLLC
------------------------------------
PRO HAC VICE
 For: Anna Greenberg
 Case/Party: D-TXW-5-22-LB-000000-001
 Amount:        $100.00
------------------------------------
PAPER CHECK
 Check/Money Order Num: 26160
 Amt Tendered:  $100.00
------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

Pro Hac Vice for Anna Greenberg
5:22cv00223 Hannah Magiera v. A
Guerra Enterprise LLC d/b/a Holiday
Inn Express & Suites and Neftali
Victor-Brenes
```